SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHNATHAN MICHELE MCCULLUM, | ) No. 2:17-cv-00843-PLA |
| | ) |
| Plaintiff, | ) JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) |
| | ) |
| Defendant. | ) |
| _____ | |

| | |
|---|---|
| 1 | Having approved the parties' joint stipulation to voluntary remand pursuant to |
| 2 | sentence four of 42 U.S.C.§ 405(g) and to entry of judgment, THE COURT |
| 3 | ADJUDGES AND DECREES that judgment is entered for Plaintiff. |

Date: June 26, 2017

/s/ Paul L. Abrams
_____
HON. PAUL L. ABRAMS
United States Magistrate Judge